NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3280

DAVID L. DELAUNAY,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

Venetia K. Carpenter-Asui, A Law Corporation, of Honolulu, Hawaii, argued for petitioner.

Hillary A. Stern, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Assistant Director.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3280

DAVID L. DELAUNAY,

Petitioner,

v.

DEPARTMENT OF THE NAVY,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      SF1221060522-W-1, SFO752060267-I-1, and SFO752060521-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN, DYK, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: December 11, 2007      / s / *Jan Horbaly*

Jan Horbaly, Clerk